IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 8:13-cv-603-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEBBIE HEDDEN, individually and d/b/a | ) | |
| SELECT PAYROLL SERVICES, | ) | |
| JOEY C. HEDDEN, | ) | |
| SOUTH CAROLINA DEPARTMENT OF | ) | |
| REVENUE, | ) | |
| SHEALY LEASING d/b/a | ) | |
| SHEALY TRUCK RENTAL, | ) | |
| GEORGE C. McMAHAN, and | ) | |
| NATIONAL BANK OF SOUTH CAROLINA, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANT SHEALY LEASING d/b/a SHEALY TRUCK RENTAL

This Court, upon Motion of the Plaintiff, United States of America, and default having been entered against Shealy Leasing d/b/a Shealy Truck Rental, it is

ORDERED and ADJUDGED that the Plaintiff's Motion for Default Judgment is GRANTED. The clerk shall enter Final Default Judgment against Shealy Leasing d/b/a Shealy Truck Rental;

ORDERED and ADJUDGED that Shealy Leasing d/b/a Shealy Truck Rental has no interest whatsoever in the real properties which are the subject of this action and are located at 115 Garden Gate Drive, Anderson, South Carolina and at 703 O'Neal Street, Belton, South Carolina and that when those properties are sold in this action any such sale shall be free and clear of any liens of Shealy Leasing;

ORDERED and ADJUDGED that Shealy Leasing d/b/a Shealy Truck Rental, shall not be entitled to share in the proceeds, if any, of any sale(s) of the real properties located at 115 Garden Gate Drive, Anderson, South Carolina and at 703 O'Neal Street, Belton, South Carolina; and

ORDERED and ADJUDGED that counsel for the Plaintiff shall provide copies of this order to Defendant, Shealy Leasing d/b/a Shealy Truck Rental, to both of the following addresses and file a certificate of service with the court:

> Shealy Leasing d/b/a Shealy Truck Rental
> c/o Donald E. Rothwell, Esquire
> P.O. Drawer 2789
> Irmo, SC 29063

**AND**

> Shealy Leasing d/b/a Shealy Truck Rental
> c/o Donald E. Rothwell, Esquire
> 17-B Surrey Court
> Columbia, SC 29212

**IT IS SO ORDERED.**

> s/Timothy M. Cain
> TIMOTHY M. CAIN
> UNITED STATES DISTRICT JUDGE

Anderson, South Carolina
June 19, 2013

Copies to:

George J. Conits,
Assistant United States Attorney

Michael W. May
Trial Attorney, Tax Division
U.S. Department of Justice

10053073.1